1  Cassie Springer-Sullivan, State Bar No. 221506
    Email: css@ssrlawgroup.com
2  Michelle L. Roberts, State Bar No. 239092
    Email: mlr@ssrlawgroup.com
3  SPRINGER-SULLIVAN & ROBERTS LLP
   410 - 12th Street, Suite 325
4  Oakland, CA 94607
   Tel: 510.992.6130
5  Fax: 510.280.7564

6  *Attorneys for Plaintiff*

7  MaryLou Karp, State Bar No. 111651
    Email: marylou.karp@att.com
8  J. Michael Nave
    Email: michael.nave@att.com
9  AT&T Services, Inc. - Legal Department
   1215 K Street, Room 1800
10 Sacramento, CA 95814
   Tel: (916) 341-3440
11 Fax: (916) 443-6836

12 *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REBECCA BROWN, | Case No. 08-04963 CW |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DATES AND ORDER THEREON AS MODIFIED** |
| vs. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1. | |
| Defendant. | |

   WHEREAS on October 30, 2008, the Court issued an Order Setting Initial Case Management Conference and ADR Dates; and

   WHEREAS, pursuant to that Order, the parties' last day to meet and confer, file an ADR stipulation, and file an ADR Certification is on January 13, 2009; the last day to exchange initial disclosures and to file a joint case management statement is on January 27, 2009; and the Case Management Conference is set for February 3, 2009; and

STIPULATION TO EXTEND DATES AND ORDER [CASE NO. 08-04963 CW]                Page 1

1  WHEREAS, on January 13, 2009, the parties in the above-entitled case reached a
2  tentative settlement agreement; and
3  WHEREAS the parties anticipate executing a settlement agreement and filing a stipulated
4  dismissal within the next six weeks;
5  NOW, THEREFORE, in the interest of conserving judicial resources, the parties, through
6  their counsel of record, hereby stipulate that all previously ordered dates be put over by six
7  weeks, as follows:

- The last day to meet and confer, file an ADR stipulation, and file an ADR Certification is on February 24, 2009
- The last day to exchange initial disclosures and to file a joint case management statement is on March 10, 2009
- The Case Management Conference is set for March 17, 2009 in Courtroom 2, Oakland, CA at 2:00 PM.

Dated: January 13, 2009                    Respectfully submitted,

                                           SPRINGER-SULLIVAN & ROBERTS LLP

                                           By:    ____/s/_____
                                                  Cassie Springer-Sullivan
                                                  *Attorneys for Plaintiff*

Dated: January 13, 2009                    AT&T Services, Inc. - Legal Department

                                           By:    ____/s/_____
                                                  MaryLou Karp
                                                  *Attorneys for Defendant*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE CASE MANAGEMENT CONFERENCE WILL BE HELD ON MARCH 24, 2009, AT 2:00 P.M.**

Dated: ___1/26_____, 2009            _____
                                           Hon. Claudia Wilken
                                           United States District Court Judge