Cassie Springer-Sullivan, State Bar No. 221506
 Email: css@ssrlawgroup.com
Michelle L. Roberts, State Bar No. 239092
 Email: mlr@ssrlawgroup.com
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Tel: 510.992.6130
Fax: 510.280.7564

*Attorneys for Plaintiff*

MaryLou Karp, State Bar No. 111651
 Email: marylou.karp@att.com
J. Michael Nave
 Email: michael.nave@att.com
AT&T Services, Inc. - Legal Department
1215 K Street, Room 1800
Sacramento, CA 95814
Tel: (916) 341-3440
Fax: (916) 443-6836

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REBECCA BROWN, | Case No. 08-04963 CW |
| Plaintiff, | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1. | |
| Defendant. | |

  Plaintiff REBECCA BROWN ("Plaintiff") and Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 ("Plan") (referred to collectively as the "parties") have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

STIPULATED DISMISSAL [Case No. CV 08-04963 CW]   Page 1

1  Plaintiff and Plan agree and stipulate that the United States District Court for the
2 Northern District of California shall retain jurisdiction in this matter for the purpose of enforcing
3 this Agreement.

4

5 Dated: February 17, 2009                                    SPRINGER-SULLIVAN & ROBERTS LLP

6                                              By:    /s/
                                                      ─────────────────────────────
7                                                     Cassie Springer-Sullivan
                                                      *Attorneys for Plaintiff*

8 Dated: February 17, 2009                                    AT&T Services, Inc. - Legal Department

9                                              By:    /s/
                                                      ─────────────────────────────
10                                                    MaryLou Karp
                                                      *Attorneys for Defendant*

11

12                                  [PROPOSED] ORDER

13       The Court hereby dismisses this action with prejudice. The Court reserves continuing
14 jurisdiction over this case for disputes regarding the implementation, enforcement, construction,
15 and interpretation of the Settlement Agreement.

16   **SO ORDERED**.

17   Date: 2/18/09                                   /s/ Claudia Wilken
                                                     ─────────────────────────────
18                                                   HONORABLE CLAUDIA WILKEN
                                                     U.S. DISTRICT COURT JUDGE